IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**REJOHNNA BROWN-MITCHELL**                                                         **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 3:97CV915LN**

**HATTIE DORSEY, President, National Coalition**
**of 100 Black Women, Central Mississippi Chapter**                  **DEFENDANT**

**TRUSTMARK NATIONAL BANK**                                                         **GARNISHEE**

## TURN OVER ORDER AND ORDER OF DISBURSEMENT

This matter comes before the court on the Plaintiff's Application for Writ of Garnishment, which was filed on December 19, 2005, and served on counsel for the Defendant and counsel for the Garnishee. This Application seeks to recover a judgment entered by this court on February 19, 1999. Earlier writs issued by the court were later set aside after objection by the Defendant as to the amount sought, and this Application has amended that amount. Neither the Defendant nor the Garnishee has submitted any objection to the Application; therefore, the court finds that the writ of garnishment should be issued and the sum requested should be disbursed.

IT IS, THEREFORE, ORDERED that the Garnishee, Trustmark National Bank, turn over and disburse to the Plaintiff, ReJohnna Brown Mitchell, from the property of the Defendant, the National Coalition of 100 Black Women, Central Mississippi Chapter, the sum of $7,425.00 ($6,300.00 in damages and costs of $1,125.00), plus all legal interest, at the legal rate of 4.584% per annum, that has accrued from the date of entry of judgment to the date of disbursement.

IT IS SO ORDERED, this the 6th day of January, 2006.

                                                            S/Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE